THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CASCADE SUBSCRIPTION SERVICE, INC., a Washington corporation,<br><br>                    Plaintiff,<br><br>        v.<br><br>PENNWELL CORPORATION, an Oklahoma corporation,<br><br>                    Defendant. | CASE NO. C16-0642-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 25). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

//

//

//

//

MINUTE ORDER C16-0642-JCC
PAGE - 1

DATED this 23rd day of February 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk